-and-
UFCW Local 174 Affiliated Funds                                    AWARD
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

---

APPEARANCES                                                For the Employer
                                                           None

                                                           For the Fund

                                                           Sandra Rubin
                                                           Collections Department

In accordance with notice duly given, an Arbitration was held on **May 25, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of March 2006:

    Local 174 Commercial Health Care Fund        $10,176.00
    Local 174 Commercial Pension Fund            $ 2,300.00

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174 Commercial Pension Fund.

The Employer **Sunshine Fresh, Inc.** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

    Local 174 Commercial Health Care Fund        $10,176.00
    Local 174 Commercial Pension Fund            $ 2,300.00
    Interest 18 % per annum                   $    280.71
    Liquidated Damages 20%                 $ 2,551.34
    Sub-Total                                  $15,308.05
    Attorneys' Fees                          $    800.00
    Cost of Arbitration                      $    800.00
    Total                                        $16,908.05

Dated: May 25, 2006

                                                                      _William F. Clarke_
                                                                William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of May 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

                                                                _Tenisha H. Antone/Williamson_
                                                                Notary Public

                                                               TENISHA H. ANTONE
                                                          Notary Public, State of New York
                                                              No. 01AN6089752
                                                         Qualified in Kings County
                                                  Commission Expires March 31, 2007

495      Sunshine Fresh, Inc.
         -and-
UFCW Local 174 Affiliated Funds                           AWARD
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

---

APPEARANCES

For the Employer
None

For the Fund

Sandra Rubin
Collections Department

In accordance with notice duly given, an Arbitration was held on **June 28, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of April 2006.

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $10,176.00 |
| Local 174 Commercial Pension Fund | $ 2,300.00 |

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174 Commercial Pension Fund.

The Employer **Sunshine Fresh, Inc.** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $10,176.00 |
| Local 174 Commercial Pension Fund | $ 2,300.00 |
| Interest 18 % per annum | $   280.71 |
| Liquidated Damages 20% | $ 2,551.34 |
| Sub-Total | $15,308.05 |
| Attorneys' Fees | $   800.00 |
| Cost of Arbitration | $   800.00 |
| Total | $16,908.05 |

Dated: June 28, 2006

_William F. Clarke_
William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of June 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

_Tenisha H. Antone (Williamson)_
Notary Public
TENISHA H. ANTONE
Notary Public, State of New York
No. 01AN4989752
Qualified in Kings County

495    Sunshine Fresh, Inc.
          -and-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees          AWARD
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

---

APPEARANCES

For the Employer
None

For the Fund

Sandra Rubin
Collections Department

In accordance with notice duly given, an Arbitration was held on **July 27, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of May 2006 and June 2006

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $19,754.00 |
| Local 174 Commercial Pension Fund | $ 4,500.00 |

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174 Commercial Pension Fund.

The Employer **Sunshine Fresh, Inc.** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $19,754.00 |
| Local 174 Commercial Pension Fund | $ 4,500.00 |
| Interest 18 % per annum | $    369.05 |
| Liquidated Damages 20% | $ 4,850.80 |
| Sub-Total | $29,473.85 |
| Attorneys' Fees | $    800.00 |
| Cost of Arbitration | $    800.00 |
| Total | $31,073.85 |

Dated: July 27, 2006

*William Clarke*
William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of July 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

*Tenisha H. Antone*
Notary Public

TENISHA H. ANTONE
Notary Public, State of New York
No. 01AN6039752
Filed in Kings County

495   Sunshine Fresh
              -and-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees                AWARD
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Retail Pension Fund

---

APPEARANCES                                       For the Employer
                                                  None

                                                  For the Fund

                                                  Francisco Rodriguez
                                                  Collections Department

In accordance with notice duly given, an Arbitration was held **September 28, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of July 2006

> Local 174 Commercial Health Care Fund         $9,328.00
> Local 174 Commercial Pension Fund             $2,100.00

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174 Commercial Pension Fund.

The Employer **Sunshine Fresh** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

> Local 174 Commercial Health Care Fund         $ 9,328.00
> Local 174 Commercial Pension Fund             $ 2,100.00
> Interest 18 % per annum                       $   257.13
> Liquidated Damages 20%                        $ 2,337.03
> Sub-Total                                     $14,022.16
> Attorneys' Fees                               $   800.00
> Cost of Arbitration                           $   800.00
> Total                                         $15,622.16

Dated: September 28, 2006

*William J. Clarke*
William Clarke, Arbitrator

STATE OF ~~NEW YORK~~ Delaware
COUNTY OF ~~NEW YORK~~ Sussex

On this day of ~~September~~ October 13, 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

*Deena M. Kenney*
Notary Public
DEENA M. KENNEY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 7, 2008

495   Sunshine Fresh Inc.
        -and-
UFCW Local 174 Affiliated Funds                      AWARD
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

---

APPEARANCES

For the Employer
None

For the Fund

Francisco Rodriguez
Collections Department

In accordance with notice duly given, an Arbitration was held **October 26, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of August 2006

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $ 8,730.00 |
| Local 174 Commercial Pension Fund | $ 2,000.00 |

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174 Commercial Pension Fund.

The Employer **Sunshine Fresh Inc.** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $ 8,730.00 |
| Local 174 Commercial Pension Fund | $ 2,000.00 |
| Interest 18 % per annum | $ 241.43 |
| Liquidated Damages 20% | $ 2,194.29 |
| Sub-Total | $ 13,165.71 |
| Attorneys' Fees | $ 800.00 |
| Cost of Arbitration | $ 800.00 |
| Total | $ 14,765.71 |

Dated: October 26, 2006

*William Clarke*
William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of October 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

Notary Public

4/30/07

495   SUNSHINE FRESH, INC.
       -And-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

AWARD

---

APPEARANCES

For the Employer
None

For the Fund

Brandi Lauletti
Fund Administrator

In accordance with notice duly given, an Arbitration was held on **December 28, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of October 2006

    Local 174 Commercial Health Care Fund      $9,414.00
    Local 174 Commercial Pension Fund           $1,900.00

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174Commercial Pension Fund.

    The Employer **Sunshine Fresh, Inc** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

    Local 174 Commercial Health Care Fund      $ 9,414.00
    Local 174 COMMERCIAL Pension Fund       $ 1,900.00
    Interest 18 % per annum                         $     84.86
    Liquidated Damages 20%                     $ 2,262.80
    Sub-Total                                    $13,661.66
    Attorneys' Fees                            $    800.00
    Cost of Arbitration                        $    800.00
    Total                                             $15,261.66

Dated: December 28, 2006

*William Clarke*
William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of December 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

*Tenisha H. Antone*
Notary Public

TENISHA H. ANTONE
Notary Public, State of New York

495   SUNSHINE FRESH, INC.
      -And-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW Local 174 Commercial Pension Fund

AWARD

---

APPEARANCES

For the Employer
None

For the Fund

Brandi Lauletti
Fund Administrator

In accordance with notice duly given, an Arbitration was held on **January 25, 2007** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and Local 174 Commercial Pension for the month (s) of November, 2006

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $9,414.00 |
| Local 174 Commercial Pension Fund | $1,900.00 |

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and Local 174 Commercial Pension Fund.

AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and Local 174Commercial Pension Fund.

The Employer **Sunshine Fresh, Inc** is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $ 9,414.00 |
| Local 174 COMMERCIAL Pension Fund | $ 1,900.00 |
| Interest 18 % per annum | $    254.57 |
| Liquidated Damages 20% | $ 2,313.71 |
| Sub-Total | $13,882.28 |
| Attorneys' Fees | $    800.00 |
| Cost of Arbitration | $    800.00 |
| Total | $15,482.28 |

Dated: January 25, 2007

_William Clarke_
William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of December 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

_Tenisha H. Antone (Notary)_
Notary Public

TENISHA H. ANTONE
Notary Public, State of New York